# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**IGNACIO NASARIO**

Case Number: 6:08-CR-120-ORL-19KRS

USM Number: 06078-025

Clarence W. Counts, Jr., FPD

_____

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or <u>Supervised Release</u>

The defendant admitted guilt to violation charge **Paragraph Five** of the term of supervision. The defendant is adjudicated guilty of this violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| **Paragraph Five** | New conviction for criminal conduct, Illegal Re-Entry of a Deported Alien | December 7, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge Paragraphs One, Two, Three, Four, and Six are dismissed on the motion of the United States**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

6/30/2008

PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

July ____/____, 2008

IGNACIO NASARIO
6:08-CR-120-ORL-19KRS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **4 Months**. (The term of imprisonment imposed by this judgment shall run **consecutively** with defendant's term of imprisonment already imposed this month in Docket Number 6:07-CR-224-Orl-19DAB, United States District Court, Middle District of Florida)

**The defendant is remanded to the custody of the United States Marshal**.

**SUPERVISED RELEASE** : Upon release from imprisonment, the defendant shall not serve a term of Supervised Release on this case. However, the defendant shall serve the term of supervised release specified in case 6:07-CR-224-Orl-19DAB

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

### Ignacio Nasario

### DOCKET NO: 6:08-CR-120-ORL-31-KRS

**Original Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. _30, 3:02-CR30160-001-GPM_ filed _5/2/08 in the Southern District of Illinois_), Report and Recommendation of the United States Magistrate Judge (Doc. No. _12 ,6:08-CR-120-ORL-31-KRS_ filed _6/10/08_) and Order to Show Cause at Final Revocation Hearing (Doc. No. _13, 6:08-CR-120-ORL-31-KRS_ , filed _6/13/08_) at a hearing held _6/30/08_ , attended by the Defendant, counsel for the Defendant, and counsel for the Government.

The Report and Recommendation of the Magistrate Judge is ___ adopted and approved or ___ rejected.

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u>   or   <u>No</u>

☐            ☑ Paragraph 1) **New criminal conduct, Unlawful Cannabis Trafficking, occurring on September 26, 2007, while on supervision in violation of the conditions of supervision:** As charged under Count 1 of St. Clair County, Illinois Court docket number 08000012678, on September 26, 2007, the defendant committed the offense of Unlawful Cannabis Trafficking in that he knowingly caused to be brought 2,500 or more grams on cannabis into the State of Illinois for the purpose of delivering said cannabis in Illinois, in violation of Section 5.1(a), ACT 550.0, Chapter 720 ILCS 1992.

☐            ☑ Paragraph 2) **New criminal conduct, Unlawful Possession of Cannabis, occurring on September 26, 2007, while on supervision in violation of the conditions of supervision:** As charged under Count 2 of St. Clair County, Illinois Court docket number 08000012678, on September 26, 2007, the defendant committed the offense of Unlawful Possession of Cannabis in that he knowingly and unlawfully had in his possession more than

1

5,000 grams of a substance containing cannabis, other than as authorized in the Cannabis Control Act, in violation of Section 4(g), Act 555.0, Chapter 720, ILCS 1992.

□     □ Paragraph 3) **New criminal conduct, Unlawful Possession of a Controlled Substance, occurring on September 26, 2007, while on supervision in violation of the conditions of supervision:** As charged under Count 3 of St. Clair County, Illinois Court docket number 08000012678, on September 26, 2007, the defendant committed the offense of Unlawful Possession of a Controlled Substance in that he knowingly and unlawfully had in his possession less than 15 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Controlled Substances Act, in violation of Section 402(c), Act 570.0 Chapter 720, ILCS 1992.

□     Paragraph 4) **New criminal conduct, Obstructing Justice, occurring on September 26, 2007, while on supervision in violation of the conditions of supervision:** As charged under Count 4 of St. Clair County, Illinois Court docket number 08000012678, on September 26, 2007, the defendant committed the offense of Obstructing Justice in that he, with the intent to obstruct prosecution of Ignacio Nazario-Torres for the offense of Unlawful Cannabis Trafficking, knowingly furnished false information to Davis Kitely, a police officer, as to the identity of Ignacio Nazario-Torres in that he related to the officer that his name was Pedro T. Andres, in violation of Section 31-4, Act 5, Chapter 720 ILCS 1992.

Paragraph 5) **New conviction for criminal conduct, Illegal Re-Entry of a Deported Alien, occurring on December 7, 2007, while on supervision in violation of the conditions of supervision:** On December 7, 2007, the defendant was arrested in Orlando, Florida, by agents of the U.S. Department of Homeland Security and charged with the offense of Illegal Re-entry of a Deported Alien. On February 27, 2008, the defendant pled guilty to the offense of Illegal Re-entry of a Deported Alien in the U.S. District Court for the Middle District of Florida, case number 6:07-CR-224-ORL-19DAB. On March 10, 2008, the defendant's plea was accepted by the Court and the defendant was adjudicated guilty.

Paragraph 6) **Failure to report to the nearest United States Probation Office within 72 hours of re-entering the United States:** Sometime after April 5, 2006, but before September 26,

2

2007, the defendant re-entered the United States and failed to report to the nearest United States Probation Office within 72 hours of his arrival.

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable guidelines are:

___B___ is the Highest Grade violation, and

___I___ is the original Criminal History Category, which calls for

_4_ to _10_ months imprisonment, and

_3_ (years) is the Maximum Statutory penalty, and

_life_ is the Maximum Statutory term of Supervised Release

3

**Objections**                     Are there any objections to the court's findings?


Is there any reason why I should not proceed to sentencing?


## SENTENCE

The Court has asked the defendant  and  attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 12, 6:08-CR-120-ORL-31-KRS ) is **ADOPTED AND APPROVED**, there being no objection filed.

**Petition Granted**    The Petition on Probation and Supervised Release   (Doc. No. 30, 3:02-CR30160-001-GPM filed 5/2/08 in the Southern District of Illinois ) is **GRANTED** and the defendant's supervised release (Doc. No. 26, 3:02-CR30160-001-GPM, filed 5/13/2003 in the Southern District of Illinois) is: *granted*

**Revoked**    The Court therefore **ORDERS** that the defendant's Supervised Release is revoked and that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **4 YEARS/MONTHS**. In imposing this sentence, the

4

Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

**Consecutive Federal/State**

The term(s) of imprisonment imposed by this judgment shall run consecutively with the defendant's term(s) of imprisonment already imposed ~~or as yet to be imposed~~ *this morning* ~~in any future sentence~~ in  Docket Number 6:07-CR-224-ORL-19DAB, United States District Court, Middle District of Florida.

**Remand To Custody**

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**

The defendant may voluntarily surrender, at the defendant's own expense, at the institution designated by the Bureau of Prisons on or before Friday, _____. If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following condition:

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation to Bureau of Prisons**

While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

**No New term of Supervised Release**

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

OR

**New term of Supervised Release**

Upon release from imprisonment, the defendant shall serve a *term* in *these case. However*

~~YEARS/MONTHS~~ term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

*he shall serve the term of Supervised Release specified in case# 6:07CR 224-Orel-19*

6

**Reinstated to
Supervised
Release**

The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:

## SPECIAL CONDITIONS

**Home
Detention**

The defendant shall participate in the Home Detention program for a period of _____ days. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug
Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's

7

Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement**

The defendant shall reside in a Residential Re-entry Center for a period of _____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at own expense before entering the program.

**RRC/CSC Confinement**

The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

**Financial**

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating yourself for any major purchases without approval of the probation officer.

The defendant shall provide the probation officer access to any requested

8

financial information.

**Community Service**

        The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

**Employment Restriction**

        The defendant shall refrain from engaging in any employment related to _____.

**DNA Collection Policy**

        The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

**Waiver of Mandatory Drug Testing**

        The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year.

**Mandatory Drug Testing**

        The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

**Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines**

        In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence.

**Final Objections**

        The Court having pronounced sentence, does counsel for the  defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record?

**Appeal of Sentence**

        The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is  unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

**Instructions to Clerk**     The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release.